IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SPJST LODGE #154 & AMERICAN SOKOL ORGANIZATION,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO.: 4:15-cv-00710-O |
| **CENTURY SURETY COMPANY,** | § § § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Amendened Defendant Century Surety Company's Unopposed Motion for Extension of Time to File Reply Memorandum in Support of Motion for Summary Judgment (ECF No. 36), filed March 7, 2017. Defendant requests a one-week extension of time to file its reply in support of its motion for summary judgment.

Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that Defendant's deadline to reply is extended to March 15, 2017. The Clerk is ordered to terminate Defendant's previous motion for extension of time (ECF No. 35).

**SO ORDERED** on this **7th day** of **March, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE