IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SPJST LODGE #154 & AMERICAN SOKOL ORGANIZATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-710-O |
| CENTURY SURETY COMPANY, | § § | JURY DEMAND |
| Defendant. | § § § § | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND CONTINUE TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, SPJST Lodge #154 & American Sokol Organization, and Defendant, Century Surety Company, and file this Joint Motion to Extend the Scheduling Order Deadlines and Continue Trial, and shows the court the following:

### A. INTRODUCTION

1. On July 7, 2016, the Court entered a Scheduling Order [Dkt. 23].

2. On December 27, 2016, Defendant, Century Surety Company filed its Motion for Summary Judgment [Dkt. 24] and Brief in Support [Dkt. 25]. The parties have since filed their Response [Dkt. 34] and Reply Briefs [Dkt. 38].

3. The parties now seek an extension of time as to all remaining deadlines of the Court's Scheduling Order. The parties also seek a continuance of this case pending the Court's determination of Century's Motion for Summary Judgment.

## B. ARGUMENT

4. A court can modify a scheduling order on a showing of good cause. Fed. R. Civ. P. 16(b)(4); *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6t Cir. 2002).

5. There is good cause to modify the current scheduling order pending the Court's ruling on Century's Motion for Summary Judgment.

## C. CONCLUSION

For the stated reasons, Plaintiffs and Defendant ask the Court to modify the Scheduling Order and Continue Trial until after a ruling on Century's Motion for Summary Judgment.

        Respectfully submitted,

        By: *s/ R. Brent Cooper*
            **R. BRENT COOPER**
            Texas State Bar No. 04783250
            Southern District Bar No. 18271
            Brent.Cooper@cooperscully.com
            **ATTORNEY-IN-CHARGE**

            **ROBERT J. WITMEYER**
            Texas State Bar No. 24091174
            Southern District Bar No. 260115
            Rob.Witmeyer@cooperscully.com

        **COOPER & SCULLY, P.C.**
        Founders Square
        900 Jackson Street, Suite 100
        Dallas, Texas 75202
        Tel:  (214) 712-9500
        Fax:  (214) 712-9540

        **ATTORNEYS FOR DEFENDANT,
        CENTURY SURETY COMPANY**

By: *s/Scott G. Hunziker*
\*Signed by permission
By Robert J. Witmeyer
**SCOTT G. HUNZIKER**
State Bar No. 24032446
scott@vosslawfirm.com

**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45
The Woodlands, Texas 77380
Tel: (713) 861.0015
Fax: (713) 861.0021

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, using the electronic filing system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

    Scott G. Hunziker
    The Voss Law Firm, P.C.
    26619 Interstate 45
    The Woodlands, Texas 77380

**ATTORNEY FOR PLAINTIFFS**

*s/ R. Brent Cooper*
**R. BRENT COOPER**