IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SPJST LODGE #154 &AMERICAN SOKOL ORGANIZATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-710-O |
| CENTURY SURETY COMPANY, | § § § | JURY DEMAND |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND CONTINUE TRIAL

On this day came on to be heard in the above-numbered and entitled cause, the Parties' Joint Motion to Extend the Scheduling Order Deadlines and Continue Trial, and the Court, after considering said Motion, is of the opinion and finds that the Motion should be granted, and the following Order entered:

**IT IS THEREFORE ORDERED** that the remaining Scheduling Order Deadlines and Trial Setting shall be continued until the Court rules on the parties' dispositive motions.

The Clerk shall enter this Order and provide a copy to all parties.

It is so ORDERED.

_____          _____
Date                                                                    The Honorable Reed O' Connor
                                                                        United States District Judge

D/963172v1