IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SPJST LODGE #154 & AMERICAN SOKOL ORGANIZATION,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-710-O |
| **CENTURY SURETY COMPANY,** | § § | JURY DEMAND |
| Defendant. | § § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) Plaintiffs, SPJST Lodge #154 & American Sokol Organization, and Defendant, Century Surety Company hereby submit this Stipulation of Dismissal and would respectfully show this Court as follows:

(1) The parties hereby stipulate to the dismissal with prejudice of Plaintiffs' two remaining claims: (a) Misrepresentation; and (b) Common Law Fraud by Negligent Misrepresentation.

(2) The parties have further agreed that all costs, expenses and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, SPJST Lodge #154 & American Sokol Organization, and Defendant, Century Surety Company, respectfully present this Stipulation and request the Court dismiss the two remaining claims of Misrepresentation and Common Law Fraud by Negligent Misrepresentation with prejudice, with all costs, expenses and attorney's fees borne by the party incurring same, and for such other and further relief to which they may be justly entitled.

D/966888v1

Respectfully submitted,

By: *s/ R. Brent Cooper*
    **R. BRENT COOPER**
    Texas State Bar No. 04783250
    Southern District Bar No. 18271
    Brent.Cooper@cooperscully.com
    **ATTORNEY-IN-CHARGE**

    **ROBERT J. WITMEYER**
    Texas State Bar No. 24091174
    Southern District Bar No. 260115
    Rob.Witmeyer@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Tel:  (214) 712-9500
Fax:  (214) 712-9540

**ATTORNEYS FOR DEFENDANT,
CENTURY SURETY COMPANY**

By: *s/Scott G. Hunziker*
    *Signed by permission
    By Robert J. Witmeyer
    **SCOTT G. HUNZIKER**
    State Bar No. 24032446
    scott@vosslawfirm.com

**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45
The Woodlands, Texas 77380
Tel: (713) 861.0015
Fax: (713) 861.0021

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, using the electronic filing system of the court. The electronic case files system sent a "Notice of Electronic Filing" to the following individuals who have consented in writing to accept this Notice as service of this document by electronic means:

>Scott G. Hunziker
>The Voss Law Firm, P.C.
>26619 Interstate 45
>The Woodlands, Texas 77380
>
>**ATTORNEY FOR PLAINTIFFS**

*s/ R. Brent Cooper*
**R. BRENT COOPER**

D/966888v1