IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SPJST LODGE #154 & AMERICAN SOKOL ORGANIZATION,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-710-O |
| **CENTURY SURETY COMPANY,** | § § § | JURY DEMAND |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiffs and the Defendant by and through their attorneys of record, having informed the Court that the parties have stipulated that Plaintiffs' two remaining claims of Misrepresentation and Common Law Fraud by Negligent Misrepresentation against Defendant be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed.

The Court having expressly determined that there is no just reason for delay in entering judgment as to Plaintiffs two remaining claims herein against Century Surety Company and the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiff against Defendant be made.

Now, therefore, it is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs SPJST Lodge #154 & American Sokol Organization claims of Misrepresentation and Common Law Fraud by Negligent Misrepresentation against Century Surety Company be and the same are hereby **DISMISSED** with prejudice, with legally taxable costs herein to be borne by the parties incurring same.

All relief not expressly granted herein is **DENIED**.

**SO ORDERED** on this **8th day** of **June, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE