IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SPJST LODGE #154 &AMERICAN SOKOL ORGANIZATION,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-710-O |
| **CENTURY SURETY COMPANY,** | § § | JURY DEMAND |
| **Defendant.** | § § | |

## FINAL JUDGMENT

The Court issued its Order dismissing the final two claims in this matter. ECF No. 44. It is therefore **ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **8th day** of **June, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE