IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SPJST LODGE #154 & AMERICAN** | § | |
| **SOKOL ORGANIZATION** | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:15-cv-710 |
| | § | |
| **CENTURY SURETY COMPANY** | § | |
| Defendant. | § | |

## AMENDED SUPPLEMENTAL NOTICE OF APPEAL

COME NOW Appellant SPJST Lodge #154 & American Sokol Organization and files this Supplemental Notice of Appeal to the United States Court of Appeals for the Fifth Circuit, in direct relation to its previous appeal, filed on this same matter. Specifically, this newest Notice of Appeal related to the Honorable District Court's Final Judgment, as entered on June 8, 2017 [Doc. 45], as well as all related adverse rulings.

Respectfully submitted,

*/s/ Scott G. Hunziker*
Scott G. Hunziker
Attorney-in-Charge
Texas Bar No. 24032446
Federal I.D. No. 38752

OF COUNSEL:
The Voss Law Firm, P.C.
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
scott@vosslawfirm.com

*Attorney for Appellants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Supplemental Notice of Appeal, was served on all parties on this 6th day of July, 2017.

    Brent Cooper
    Robert J. Witmeyer
    COOPER & SCULLY, P.C.
    Founders Square
    900 Jackson Street, Suite 100
    Dallas, Texas 75202
    brent.cooper@cooperscully.com
    rob.witmeyer@cooperscully.com

                                                          */s/ Scott G. Hunziker*
                                                          Scott G. Hunziker